IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Benjamin Alamreeki, respectfully moves this Court to dismiss the above-captioned action with prejudice.

The parties have participated in mediation and reached a private settlement that fully resolves all claims and issues raised in the Complaint.

Accordingly, Plaintiff requests that the Court enter an order dismissing this case with prejudice, with each party bearing its own costs and fees unless otherwise agreed.

Respectfully submitted,

*/s/*

Benjamin Alamreeki, Pro Se