IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BENJAMIN ALAMREEKI,

                                              Civil No. 3:25-cv-01427-JR

                    Plaintiff(s),

                                              **ORDER OF DISMISSAL**

        v.

PACIFIC PLUS PROPERTIES LLC, et al.,

                    Defendant(s).

        IT IS ORDERED that Plaintiff's Motion to Dismiss [8] is GRANTED and this action is

DISMISSED with prejudice and with each party bearing its own costs and fees unless otherwise

agreed.  Pending motions, if any, are DENIED AS MOOT.

        Dated this 8th day of September, 2024.

                                    by ___/s/ Jolie A. Russo_____
                                            Jolie A. Russo
                                            United States Magistrate Judge